# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**UNITED STATES OF AMERICA**

vs. No. 4:97CR00199-11 GTE

**MARK ANTHONY COLLINS**

### ORDER TERMINATING TERM OF SUPERVISED RELEASE

Pending before the Court is the Motion of the Defendant, Mark Anthony Collins, requesting early termination of Supervised Release, along with the Response of the Government stating they have no objection. Probation Officer, Jason H. Jordan reports that Mr. Collins has been compliant with supervision with the exception of failing to report for drug testing on one occasion, but has not submitted any positive drug screens during the course of his supervision. He began his term of Supervised Release in January 2007 and will have completed eighteen (18) months of supervision on July 8, 2008. The Court being well and sufficiently advised, the Motion for early termination should be granted.

IT IS THEREFORE ORDERED that the Motion for early termination of Supervised Release, be and it is hereby, GRANTED. The term of Supervised Release imposed on Defendant, Mark Anthony Collins, is hereby discharged and terminated.

SO ORDERED this 2nd day of July, 2008.

                                                       /s/Garnett Thomas Eisele
                                                  UNITED STATES DISTRICT JUDGE